IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Francis R. Walker,
    Plaintiff

vs.

Rex Tillerson, Secretary of State
    Defendant

Case: 1:17-cv-02359
Assigned To : Jackson, Ketanji Brown
Assign. Date : 11/6/2017
Description: Habeas Corpus (G-DECK)

## PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241

COMES NOW, Francis Russell Walker, plaintiff and petitions for a Writ OF Habeas Corpus. Due to the unusual nature of this Petition I am not following the suggested form.

1. Plaintiff, Francis R. Walker, is a native born U.S. Citizen, born on 12 April 1943 (age 74) and resides at 176 Quewhiffle Road, Aberdeen, NC 28315

2. Rex Tillerson is the U.S. Secretary of State. The State Department has responsibility to issue U.S. Passports.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §2441 (Federal Question)



NOV -6 2017

1

4. Venue in this district is proper pursuant to 28 U.S.C. §1391(b).

## ALLEGATIONS

Walker has been issued at least four U.S. Passports in his life with the first one being issued in about May 1967. Walker presented his birth certificate as part of his passport application as proof of U.S. birth place.

5. On May 10, 2107 Walker submitted a renewal passport application with picture, expired passport and fee to the National Passport Center in Sterling, VA via certified mail.

6. On or about June 10, 2107, Walker received from the National Passport Center a letter asking for certification that no Social Security Number had ever been issued to him. Their identifying number is RE: 283315098

7. Walker signed the statement under penalty of perjury provided by the Passport Agency and mailed it back to them.

8. On or about 14 August 2017, Walker was visited by David Monroe, Special Agent for the U.S. Department of State, and about four Hoke County Sheriff's deputies in unmarked cars. All

carrying guns and not smiling. I believe that they came to arrest me. This is the kind of thing that occurred in Stazi East Germany.

9. Monroe and I had a conversation where Monroe told me that <u>existing</u> State Department records showed that State had a Social Security Identifier for me as **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**. The four police did not arrest me and quietly left.

10. Why Monroe decided to drive 160 miles or so when a phone call would have sufficed is a good reason why the State Department budget needs to be reduced to eliminate waste.

11. At present Walker is not subject to any criminal restraints. Monroe told me that I did not have any record.

12. A David A. Pomte (sic) writing for Karen A. Pizza, Director of Passport Services, in a letter dated 25 September 2017.

13. Pomte's letter is full of lies. The first lie is that I did not provide my correct Social Security Number. Francis R. Walker was never issued a SSN and Walker has stated that fact at least three times under penalty of perjury.

14. Walker did not provide any SSN and did not (from Pomte's letter) "willfully, intentionally negligently or recklessly provides an incorrect or invalid Social Security Number."

15. Pomte is a typical bureaucrat, full of power over the lives of others claiming to know the law when in fact he is extremely ignorant. He is the kind of person whom Trump should fire. If Karen A. Pizza knowingly tolerates this kind of incompetence then Pizza should be fired also. Pomte playing God and lacking any real knowledge does not care how his actions affect the lives of others. Why should I not be allowed to visit my sick brother in Spain? Furthermore what does Social Security have to do with Passports?

16. Pomte wrote that that Walker did not provide "your Social Security Number". This is another Pomte-State lie. If I "have", meaning 'possess', a Social Security Number, please tell me where it is. Is it in my safe deposit box, on my right arm, hip pocket, left kidney etc. (you get the idea). No it is the government's assigned and controlled "number". I realize that the average person does not ask questions of reality like

that. As a lifelong Chemical Engineer just like Galileo and Newton etc. I hope I am able to separate fact from fiction.

17. The so-called SSN is not a number at all, because it does not have the characteristics of numbers. Having studied Advanced Engineering Mathematics I feel qualified to make such a statement. Can you divide say 2.34 or 5.67 into "your" Social Security Number. How about taking the square root of "your " SSN or adding two "numbers" together and see what you get? The SSN is not a number regardless of what 99.9% of the population believes. This "number" thing is just another government lie.

18. If Pomte needed a Social Security Identifier, then why did he not get it from EXISTING State Department records? Too easy I guess. It is easier to play dictator and prevent an innocent person from leaving the United States. Do as I say and not as I do. Pomte probably has a diplomatic passport. What a hypocrite he is.

19. Walker has petitioned for a Writ of Mandamus , in The United States District Court for the Middle District for North

Carolina, docket No. 17-CV-732, to the United States Secretary of State.

20. As of 1 November 2017, no response has yet been filed.

## LEGAL BASES FOR THIS PETITION

21. One of the very basic unremunerated rights of a citizen is to be free to leave and renter his country. The International Covenant of Civil and Political rights was ratified by the U.S. Senate on 8 June 1992. Article 12 of this treaty guarantees the right of a citizen to enter and leave freely.

22. The privileges and immunities clause of the U.S. Constitution guarantees to Walker the privilege of entering and leaving the U.S.

23. The Right to Travel is one of the unremunerated rights in the Ninth Amendment to the U.S. Constitution.

24. Walker has been declared guilty by Act of Attainder of the Executive Branch without trial and is not allowed to leave the United States. Bills of Attainder are violations of Article 1 Section 9 of the United States Constitution.

25. The United States government has in effect made the United States a prison, albeit a big prison, for those who do not have a passport. One may not leave nor return absent a passport.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court:

26. Issue a Writ to the Rex Tillerson ordering that the U.S. Passport Agency issue a passport to the plaintiff.

27. Pursuant to 28 U.S. Code § 1746 --

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1 November 2017

*[signature]*

Francis R. Walker
176 Quewhiffle Road
Aberdeen, NC 28315
(910) 281-4657
littlefarm1@windstream.net